ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CHRISTOPHER RETZLAFF,

              Plaintiff,            22 Civ. 6641 (LLS)

   -against-                 ORDER FOR CONFERENCE
                                 PURSUANT TO RULE 16(b)

LONG ISLAND RAILROAD COMPANY,

              Defendant.
----------------------------------------------------------X

1. **DATE OF CONFERENCE**: November 4, 2022 at 12:00 PM

   For Plaintiff:    Sean Constable, Esq.
                          Flynn & Wietzke, PC
                          1205 Franklin Avenue
                          Garden City, NY 11530
                          (516) 877-1234

   For Defendant:   William J. Crowe, Esq.
                          Chesney Nicholas & Brower, LLP
                          485 Underhill Blvd., Suite 308
                          Syosset, NY 11791
                          (516) 378-1700

2. **CONCISE STATEMENT OF ISSUES:**

   A. Whether the defendant, through its agents, servants and employees were negligent in failing to provide plaintiff with a safe place to work.

   B. Whether the negligence of the railroad, its agents, servants and employees caused, in whole or in part, no matter how slight, plaintiff's injuries?

   C. Was the plaintiff negligent?

   D. Did the plaintiff's negligence play any part, no matter how slight, in causing his injuries?

   E. If the plaintiff was negligent, what percentage of fault can be attributed to his conduct?

   F. What is the monetary damages suffered by the plaintiff?

3a. **PERSONS TO BE DEPOSED & SCHEDULE OF DEPOSITIONS**:

   Plaintiff and defendant by a witness to be determined to be completed by 2/15/2023

b. **SCHEDULE FOR PRODUCTION OF DOCUMENTS**:

| | |
|---|---|
| Auto Disclosure Exchanged: | 11/4/2022 |
| Interrogatories & Request for Documents served: | 11/4/2022 |
| Responses to demands due: | 12/21/2022 |

c. **FACT DISCOVERY ENDS**:                3/15/2023

d. **EXPERT REPORTS EXCHANGED**:
   i. By Plaintiff:_____3/15/2023_____
      By Defendant:_____4/19/2023_____

   **EXPERT DEPOSITIONS COMPLETED**:
   ii. Plaintiff's Expert:___4/26/2023_____
       Defendant's Expert:___4/26/2023_____

e. **DISCOVERY IS COMPLETED**:

   _____5/5/2023_____

f. **JOINT PRE-TRIAL ORDER SUBMISSION**:

   Plaintiff's portion by:_____5/17/2023_____

   Defendant's portion by:_____5/23/2023_____

g. **TRIAL DOCUMENTS FILED WITH COURT**:

   Joint Pre-Trial Order, Trial Brief, Voir Dire, Request to Charge
   to be filed by:_____5/26/2023_____

h. **FINAL PRE-TRIAL CONFERENCE**
   
   _12 noon Friday May 12, 2023_         LLS

4. **LIMITATIONS ON DISCOVERY**:

   _____NONE_____

5. **DISPUTED DISCOVERY ISSUES**:

   _____NONE_____

6. **ANTICIPATED FIELDS OF EXPERT TESTIMONY**:

   __Medical__

7. **ANTICIPATED LENGTH OF TRIAL**:
   By Plaintiff:___2 Days_____

By Defendant: __2 Days__

JURY OR NON-JURY TRIAL: __Jury__

8. Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires.

| | |
|---|---|
| Flynn & Wietzke, PC<br>Attorneys for Plaintiff<br>1205 Franklin Avenue<br>Garden City, NY 11530<br>(516) 877-1234 | Chesney Nicholas & Brower, LLP<br>Attorneys for Defendant<br>485 Underhill Blvd., Suite 308<br>Syosset, NY 11791<br>(516) 378-1700 |
| By: _____<br>Sean Constable | By: _____<br>William J. Crowe |

Dated: 11/4/22

SO ORDERED:

_____
LOUIS L. STANTON
UNITED STATES JUDGE