**MEMO ENDORSED**

# CHESNEY, NICHOLAS & BROWER
## LLP

Richard E. Chesney
Charles C. Nicholas
Gregory E. Brower +
John F. Janowski
Henry D. Nelkin
Rudolph P. Petruzzi
Stephen V. Morello
Michael Jenks

Jeffrey M. Burkhoff
William J. Crowe
Lindsie B. Alterkun
Scott A. Koltun
Jeffrey J. Pilinko

Attorneys at Law
485 Underhill Boulevard, Suite 308
Syosset, NY 11791
(516) 378-1700 Phone
(516) 378-7633 Fax

chesneynicholas.com
email@chesneynicholas.com

Office Manager
Moira Murtagh
Administrative Assistant
Kelly Milack
Billing Manager
Cheryl Williamston
Legal Assistants
Patricia A. Morgan
Elizabeth Keady

Susan G. Farooqi
Anthony W. Russo*
*of counsel*

+ Managing Partner
\* Also Member of CT Bar

June 28, 2023

**Via ECF**
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/23

Attn: Hon. Louis L. Stanton

RE: **CHRISTOPHER RETZLAFF v. LONG ISLAND RAILROAD COMPANY**
Civil Action No. : 1:22-cv-06641-LLS (JLC)
Our File No. : LIRR 116

Honorable Sir:

We represent the defendant, Long Island Railroad Company, in the above-referenced matter, and are writing on behalf of the defendant to request a discovery extension as set forth below. There has been one previous request for an extension. Plaintiff's counsel, Sean Constable, Esq., has not consented to this request for the discovery extension.

The current discovery schedule provides as follows:

- Depositions to be completed by June 30, 2023;
- Discovery due by July 7, 2023;
- Expert discovery due by June 30, 2023;
- Fact discovery due by May 19, 2023;
- Pre-Trial Order due by July 28, 2023; and
- Final Pre-Trial Conference set for August 18, 2023 at 2:30 p.m. before Judge Louis

United States District Court
Southern District of New York
June 28, 2023
Page 2

Stanton.

The parties have been cooperating fully and exchanging discovery without any disputes. The parties have exchanged interrogatory and document responses. The deposition of the plaintiff has been recently completed. The depositions of two representatives of the Long Island Road have also been completed. We are requesting a brief extension as our office is awaiting documents from two of the plaintiff's medical providers pertinent to an expert review/independent medical examination. The defendant respectfully requests the following new deadlines:

- Expert discovery to be completed by August 30, 2023;
- All discovery to be completed by September 7, 2023; and
- Joint Pre-Trial Order and other Trial Submissions to be filed by September 28, 2023.

*So Ordered*
*Louis L. Stanton*
*7/11/23*

The defendant also requests that the final Pre-Trial Conference be rescheduled to a date and time convenient with the Court. The defendant thanks the Court for its consideration of this request.

Respectfully submitted,

*William J. Crowe*

WILLIAM J. CROWE

WJC/kl
cc:   **Via ECF**
      Flynn & Wietzke, PC
      1205 Franklin Avenue, Suite 370
      Garden City, New York  11530
      Attn: Sean Constable, Esq.