UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

CHRISTOPHER RETZLAFF,

            Plaintiff,

  - against -

LONG ISLAND RAILROAD COMPANY,

            Defendant.

---------------------------------X

22 Civ. 6641 (LLS)

<u>ORDER</u>

    The Court having been informed that this action has been settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the Court's calendar.

    So Ordered.

Dated: New York, New York
       January 24, 2024

                                        /s/ Louis L. Stanton
                                        LOUIS L. STANTON
                                            U.S.D.J.